United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Jose Hernan Lopez Pino, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4512 |
| | § | |
| Todd Blanche, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER CONTINUING HEARING**

This matter was scheduled for a hearing on August 19, 2026. On the morning of August 19, Petitioner's counsel contacted the Court *ex parte*, and relayed that he was not currently present in the Southern District of Texas and would therefore be unable to attend the hearing in-person.

This Court's practice is to require in-person attendance at all hearings unless extraordinary circumstances necessitating remote attendance are shown. Any such requests for remote attendance should be made with the position of opposing counsel and made well in advance of the scheduled hearing.

This Court therefore CONTINUES the present hearing to September 1, 2026, at 3:00 P.M. Counsel for both parties should plan to attend in-person. The parties are also advised that they should inform the Court of any material changes in the case posture between now and September 1st.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 19th of August, 2026.

Nicholas J. Ganjei
United States District Judge