United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jose Hernan Lopez Pino, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4512 |
| | § | |
| Todd Blanche, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER CONTINUING HEARING

One hour prior to today's scheduled hearing, Petitioner's Counsel informed the Court, *ex parte*, that he is dealing with a family emergency and will not be able to attend.

Accordingly, the Court ORDERS that the hearing is continued to September 22, 2026, at 3:00 P.M. In-person attendance is required. Parties are advised to address any potential scheduling conflicts in the near term. A third last-minute continuance will not be granted.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 1st of September, 2026.

Nicholas J. Ganjei
United States District Judge